UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO:   AU:24-CR-00100(17)-RP |
| | § | |
| (17) Calvin Houston | § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed April 9, 2026, wherein the defendant Houston waived appearance before this Court and appeared before United States Magistrate Judge Susan Hightower for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocution.   The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Houston to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant Houston's plea of guilty to Count 1s of the Superseding Information is accepted.

Signed this 1st day of May, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE